UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN THE MATTER OF:
ROCKY LEE FERRELL
CARRIE JOSEPHINE FERRELL                              CASE NUMBER: 22-40133
Debtors                                                CHAPTER 13

## AGREED MODIFICATION

COME NOW, the Trustee, Debra L. Miller, by Counsel, and the Debtors, by Counsel, and state as follows:

1. In order to meet the disposable income test, Debtors shall report any additional household income, including disability compensation or irregular bonuses.

2. In order to meet the best interests of creditors test, all unsecured claims shall receive a pro rata minimum distribution of $2339.89 plus 40% of the nonexempt 2022 tax refunds. Plan funding will be assessed after the 2022 tax returns are filed.

3. All other terms remain the same.

Dated: September 22, 2022

/s/ Katherine Iskin #33679-71                         /s/ Juan A. Perez, Jr
Katherine Iskin, Staff Attorney                       Attorney for Debtor
Debra L. Miller, Chapter 13 Trustee                   P.O. Box 943
PO Box 11550                                          Indianapolis, IN 46206
South Bend, IN  46634                                 317-634-5968
(574) 254-1313